7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Terrance L. Abercrombie – BELOW MED
*Debtor*

*Bankruptcy Case No.*
15–40689–abf13

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15–04053–abf

v.

**Terrance L. Abercrombie**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Based upon the undisputed allegations contained in the Complaint, the Court finds that the described indebtedness owed by Defendant to KDoL in the amount of $6,266.00, which is subject to statutory penalties and interest imposed pursuant to K.S.A. §44–719(d)(2) accrued in the aggregate amount of $4,271.56 as of the end of May, 2015, should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S.C. 1328(a)(2). Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant.

Ann Thompson
Court Executive

By: /s/ Kristina D. Richardson
     Deputy Clerk



Date of issuance: 6/17/15

Court to serve